## In re Estate of Mary Peters, Deceased et al., Appellees, v. Esther A. Peters, Executor of Last Will and Testament of Mary Peters, Deceased, Defendant. James H. Peters, Appellant.

### Gen. No. 10,067.

opinion filed April 18, 1946; released for publication May 6, 1946. Oakleaf & Churchill, for appellant; Cyrus Churchill, of counsel; J. J. Ludens, for appellees. Opinion by JUSTICE DOVE. Not to be published in full.